★ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BRYAN COUNTY, GEORGIA
**SUV2024000312**
GC
JUL 30, 2024 03:46 PM

*Rebecca G. Crowe*
Rebecca Crowe, Clerk
Bryan County, Georgia

IN THE SUPERIOR COURT OF BRYAN COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **JOEL BERNIER PASKAUSKAS, III** | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. _____ |
| **BRYAN COUNTY, GA** | ) |
| Defendants. | ) |

## COMPLAINT

COMES NOW, the Plaintiff, Joel Bernier Paskauskas, III, and brings this lawsuit against Defendant Bryan County, Ga., for Bryan County Fire and Emergency Services' violation of plaintiff's and county residents' First Amendment rights by blocking comments and disabling posts on official government social media pages.

### Parties

1. Plaintiff, Joel Bernier Paskauskas, III, is a resident of Richmond Hill, GA, located in Bryan County, Ga.

2. Defendant Bryan County ("County") is a county governmental in the state of Georgia.

3. Bryan County Fire and Emergency Services ("BCFES") is a department or agency of Defendant Bryan County, Ga.

### Jurisdiction and Venue

4. Jurisdiction and venue are proper in this Court as the events occurred within Bryan County, Georgia, and involve government entities operating within this jurisdiction.

## Violations of First Amendment

5. On July 18, 2024, Bryan County posted a message to county residents on its official Facebook page. Ex. A

6. The County disabled all comments or abilities to interact with the post. Ex. A

7. On July 26, 2024, Bryan County Fire and Emergency Services posted a message to county residents on its official Facebook page. Ex. B

8. After some comments were made, BCFES disabled comments on that post. Ex. B

9. At no time did the posts offer residents other avenues to engage on these public messages.

10. These actions followed recent public outcry regarding understaffing at BCFES and potential loss of life or property due to the staffing shortages.

11. The posts were related to the staffing concerns and situational report after a weather event.

12. By disabling comments on posts related to topics that were under scrutiny by local residents, the County engaged in restriction and regulation of viewpoint-related speech.

13. By disabling comments on posts related to specific topics of importance to county residents, the County engaged in restriction and regulation of content-based speech.

14. The county's viewpoint and content discrimination denied residents the opportunities to interact with official government messages or leaders in a public forum.

15. The First Amendment guarantees that government will not prohibit the free exercise of speech or to petition the government for redress of grievances.

16. Official government social media pages are public forums.

## Evidence

Screenshots: Documenting the blocked comments and disabled posts.

Correspondence: Emails and messages sent to the Bryan County Government and Emergency Services requesting explanation and reinstatement of commenting rights. Ex. C and D

## Prayers for Relief

WHEREFORE, Plaintiff respectfully offers that without Court intervention this violative behavior is likely to recur and requests that this Court grant the following relief to ensure government accountability and transparency:

1. a finding that the defendant county violated the First Amendment rights of its citizens
2. injunctive relief compelling defendant to reinstate citizens' commenting rights on the Bryan County Government and Bryan County Fire and Emergency Services Facebook pages

Respectfully submitted this 30th day of July, 2024

> /s/ *Joel Bernier Paskauskas, III*
> Plaintiff and Bryan County resident
>
> *Pro se*

*EXIBIT A*



***EXIBIT B***



*Exhibit C*



*Exhibit D*



Found in Sent - Personal Mailbox

You sent this 3 days ago.

Follow Up...

**Joel B. Paskauskas III**
Re: *EXTERNAL*Re: Working Together for a Safer Bryan County
To: Carter Infinger,  Cc: Ben Taylor,  Lori Tyson,  Noah Covington,  Wade Price,  Dallas Daniel,  Gene Wallace,  Patrick Kisgen  & 1 more

July 27, 2024 at 8:56 AM

Details

Dear Chairman Infinger,

Thank you for your response. I would like to clarify that my previous emails had nothing to do with litigation and everything to do with my role as a concerned citizen of Bryan County. Now that I am no longer employed by the county and therefore not constrained by department policy, I am reaching out to you as a resident who is deeply invested in the well-being of our community.

My primary focus is on addressing the critical issues within our emergency services that directly impact the safety and well-being of Bryan County residents. I believe these concerns warrant immediate attention and action, regardless of any ongoing litigation.

Furthermore, I am compelled to address a recent development that further impacts transparency and public trust. Both the official Bryan County Facebook page and the Bryan County Emergency Services Facebook page have disabled comments on some of their posts. This action directly violates the First Amendment rights of our citizens and raises significant issues regarding transparency and accountability.

As you are aware, government social media pages are often considered public forums, and blocking comments can be seen as unconstitutional viewpoint discrimination. Transparency and open communication are essential for maintaining trust between the government and the community. Silencing citizens' voices, especially when it comes to critical issues like emergency management and public safety, is unacceptable.

I respectfully request that you:

1. **Restore the ability for citizens to comment on the Bryan County and Bryan County Emergency Services Facebook pages.**
2. **Ensure that any future moderation policies are content-neutral, narrowly tailored to serve a significant governmental interest, and leave open ample alternative channels for communication.**

I hope you will join me in taking the necessary steps to address the pressing issues within our emergency services and to uphold the constitutional rights of Bryan County residents. Our community deserves leadership that prioritizes safety, accountability, and the well-being of our first responders.

Thank you for your attention to this urgent matter. I look forward to your prompt response and action.

Best regards,

Joel B. Paskauskas III
Editor-in-Chief
We The People of Bryan County
+1 (912) 433-1988
jpaskauskas5@gmail.com

CC: Aaron M. Kappler, County Attorney

See More