IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOEL BERNIER PASKAUSKAS, III, | |
| Plaintiff, | CIVIL ACTION NO.: 4:24-cv-197 |
| v. | |
| BRYAN COUNTY, GEORGIA, | |
| Defendant. | |

**O R D E R**

Before the Court is a Stipulation of Dismissal With Prejudice, signed and filed by Plaintiff, who is *pro se*, and counsel for Defendant, in which the parties stipulate to the dismissal of Plaintiff's Complaint "and all claims that were, or could have been, asserted therein," with prejudice. (Doc. 21.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **TERMINATE** all pending motions, (docs. 7 17 & 21), and to **CLOSE** this case.

**SO ORDERED**, this 11th day of April, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA